IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CV-592-FL

| | |
|---|---|
| DALENO OXENDINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER REMANDING CASE** |
| v. | ) |
| | ) |
| CHAMPION HOME | ) |
| BUILDERS, INC., | ) |
| Defendant. | ) |

Plaintiff and the Defendant have entered into a Stipulation and Agreement Regarding Damages [DE 16] such that the Defendant consents to the Plaintiff's motion to remand this action to the Superior Court of Robeson County.

Based upon the consent of the parties and the evidence before the Court, the Clerk of Court is directed to **CLOSE** this case and **REMAND** to the Superior Court of Robeson County, North Carolina.

SO ORDERED this the 7th day of May, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge

Distributed electronically to registered counsel of record.